UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 96-cr-419

UNITED STATES OF AMERICA,

Plaintiff,

v.

DARIAN HUNTER,

Defendant.
_____

**MINUTE ORDER**

_____
ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A Supervised Release Violation Hearing is set in the above-captioned case for **Monday, October 25, 2010 at 2:30 p.m.**

     Dated:  August 9, 2010.