IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01938-WYD
(Criminal Action No. 96-cr-00419-WYD)

UNITED STATES OF AMERICA,

v.

DARIAN HUNTER,

     Defendant.
_____

**FINAL JUDGMENT**
_____

Pursuant to and in accordance with the Order to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 entered by the Honorable Wiley Y. Daniel (ECF No. 1179) and filed July 29, 2011, the following Judgment is hereby entered:

1. That the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, (ECF No. 1178) is DENIED; and

2. That the corresponding civil action is dismissed.

DATED at Denver, Colorado this 2nd day of August, 2011.

                              FOR THE COURT:

                              GREGORY C. LANGHAM, CLERK

                              s/ Edward P. Butler
                              Edward P. Butler, Deputy Clerk