**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   11-cv-01938-WYD
Criminal Action No.   96-cr-00419-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

Darian Hunter,

     Defendant/Movant.

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

Daniel, Chief Judge

     Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

     ORDERED that a certificate of appealability will not be issued.

     Dated:   August 12, 2011

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge